IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMEGATE STUDIOS, INC., | § | |
| *Plaintiff,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:09-CV-03958 |
| SOUTHPEAK INTERACTIVE CORP., GONE OFF DEEP, LLC d/b/a GAMECOCK MEDIA GROUP, | § § § § § | |
| *Defendants* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff TimeGate Studios, Inc. files this, its Certificate of Interested Parties pursuant to the Court's order and would show that the following entities and individuals have a financial interest in the outcome of the litigation:

1. TimeGate Studios, Inc. (Plaintiff)
2. <u>Southpeak Interactive Corp</u>. (Defendant-publicly traded)
3. Gone Off Deep, LLC d/b/a Gamecock Media Group (Defendant)
4. Phillips Sales West (Interested Non-Party)
5. Phillips Land Company (Interested Non-Party)
6. Inventory Management Systems, Inc. (Interested Non-Party)
7. Terry Phillips (Interested Non-Party)
8. Greg Phillips (Interested Non-Party)
9. Melanie Mroz (Interested Non-Party)

Respectfully submitted,

By:_____
Scott Weiss, Corporate Counsel
Texas Bar No.: 24042134
14140 Southwest Freeway, Suite 400
Sugar Land, Texas 77478
281-295-4122 (Direct)
832-201-0687 (Facsimile)
sweiss@timegate.com

**ATTORNEYS FOR PLAINTIFF
TIMEGATE STUDIOS, INC.**

## **CERTIFICATE OF SERVICE**

    I certify that on December 12, 2009, a true and correct copy of the foregoing was served on Defendants' counsel via the ECF system.

_____
Scott Weiss