Exhibit "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMEGATE STUDIOS, INC., | § § § | |
| *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:09-CV-3958 |
| | § § | |
| SOUTHPEAK INTERACTIVE CORP., SOUTHPEAK INTERACTIVE, LLC, GONE OFF DEEP, LLC d/b/a GAMECOCK MEDIA GROUP and TERRY M. PHILLIPS, | § § § § § | JURY DEMANDED |
| *Defendants.* | § | |

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE having come before the Court upon an Unopposed Joint Stipulation for Substitution of Counsel ("Stipulation") and the Court having reviewed and approved said Stipulation, it is hereby:

ORDERED AND ADJUDGED that

1. West Short & Associates, P.C. is hereby substituted for Akerman Senterfitt as counsel of record for Defendants, SouthPeak Interactive Corp., SouthPeak Interactive and LLC, and Gone Off Deep, LLC d/b/a GameCock Media Group.

2. David I. Spector and Venus A. Caruso are hereby withdrawn as pro hac counsel for the Defendants, and the law firm of Akerman Senterfitt is relieved of any and all further responsibilities in this action.

3. The clerk of the Court is directed to remove Akerman Senterfitt from all notices and service lists maintained by the clerk's office for this action.

4. All future pleadings, papers and other materials served on the Defendants shall be delivered to: N. West Short, Esq., West Short & Associates, P.C., 313 West 10th Street, Georgetown, TX 78626, Telephone: (512) 864-3911, Facsimile: (512) 864-3966, and e-mail: west.short@westshortlawfirm.com.

DONE AND ORDERED at Houston, Texas, this 1st day of March, 2010.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

Copies furnished:

counsel of record

{WP652270;1}
ORDER SUBSTITUTING COUNSEL
Case No. 4:09-cv-03958; *TimeGate Studios, Inc. v. Southpeak Interactive Corp., et al.*

2 of 2